Amy Kleinpeter
CLARK KLEINPETER LAW
630 E. Main Street, Suite 67
Alhambra, California 91801
626.507.8090
(f) 626.737.6030
amyck1@gmail.com

O. Randolph Bragg
HORWITZ, HORWITZ & ASSOC.
25 E. Washington St, Suite 900
Chicago, Illinois 60602
(312) 372-8822
(312) 372-1673 (Fax)
rand@horwitzlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE MARTIGNETTI, on behalf of himself and all others similarly situated,<br>Plaintiff,<br><br>vs.<br><br>ROBERT L. BACHMAN,<br>Defendant. | Case No. CV10-00548-DMG (ANx)<br><br>CLASS ACTION COMPLAINT<br><br>COMPLAINT FOR VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT |

**I.   INTRODUCTION**

Plaintiff Gene Martignetti, on behalf of himself and all others similarly situated, brings this class action to secure redress against unlawful collection practices engaged in by Defendant Robert L. Bachman. Plaintiff alleges violations of the Fair Debt Collection Practices Act 15 U.S.C. §§1692 et seq ("FDCPA"). Defendant sent to Plaintiff and class members collection letters which violate the FDCPA. Plaintiff seeks statutory damages, declaratory and other relief.

//

## II. JURISDICTION AND VENUE

This Court's jurisdiction arises under 28 U.S.C.§§1331, 1337 and 15 U.S.C. §1692k(d). Venue in this district is proper, because Plaintiff resides here and Defendant transacts business here and because Defendant's collection letter was received in this district.

## III. PARTIES

Plaintiff Gene Martignetti is an individual who resides in Pasadena, California. Mr. Martignetti is a consumer as defined by 15 U.S.C. §1692a(3).

Defendant Robert L. Bachman is a California attorney with a principal place of business at The Atrium, 19100 Von Karman Avenue, Suite 380, Irvine, California 92612. Defendant Bachman regularly uses the mail and telephone to attempt to collect consumer debts alleged to be due another.

Defendant regularly attempts to collect debt alleged to be due another and are debt collectors as defined by 15 U.S.C. §1692a(6).

## IV. STATEMENT OF FACTS

On January 27, 2010, Defendant, in an attempt to collect a consumer debt, sent Mr. Martignetti a collection letter concerning a debt incurred primarily for personal and family needs allegedly owed to American Express by Mr. Martignetti. (Attached hereto as "Exhibit A") Plaintiff received the letter shortly after it was sent. The collection letter, Exhibit A, was the initial collection letter sent to Mr. Martignetti by Defendant.

The obligation allegedly due American Express from Mr. Martignetti was incurred primarily for personal, family, or household purposes.

Defendant Bachman was directly involved in the preparation and mailing of Exhibit A as it appeared on his letterhead and contained his signature.

The collection letter, Exhibit A, in part, reads:

> We are outside litigation counsel to American Express and we are contacting you with regard to the unpaid balance on the above referenced account (hereinafter the "Account"). Your current balance is $27,903.33.
>
> Subject to your right to dispute and receive verification of the debt as described below, if the Account balance remains unpaid following the expiration of the 10 day period referred to below, it is our intention to commence legal action on behalf of American Express to recover the balance due with respect to the Account. Payments may be sent to our office payable to American Express. I can be reached at (800) 540-5436 if you have questions, and if you are represented by counsel, your attorney may contact me.
>
> This is an attempt to collect a debt and any information obtained from you will be used for that purpose. Unless you dispute the validity of the debt, or any portion thereof, within ten (10) days from your receipt of this letter, the debt will be assumed to be valid by us.
>
> If you notify the undersigned in writing within ten (10) days from your receipt of this letter that the debt or any portion of it is disputed, we will obtain verification of the debt or of a judgment against you, and a copy of such verification or judgment will be mailed to you. Upon your written request within ten (10) days from your receipt of this letter. we will provide you with the name and address of the original creditor, if different from current creditor.

Exhibit A concluded with a handwritten signature above the typewritten name ROBERT L. BACHMAN, ESQ.

Exhibit A failed to contain the thirty (30) day validation notice required by 15 U.S.C. §1692g(a).

Exhibit A incorrectly stated the rights of the consumer as provided by the validation notice, 15 U.S.C. §1692g(a), by requiring the consumer to act within ten (10) days.

Exhibit A is false, deceptive and misleading in violation of 15 U.S.C. §1692e because it misrepresents Plaintiff's rights pursuant to 15 U.S.C. §1692g.

V.   **CLASS ALLEGATIONS.**

This action is brought as a class action on behalf of (i) all persons with mailing addresses in the State of California (ii) to whom letters in the form of Exhibit A were sent or caused to be sent by Defendant (iii) in an attempt to collect a debt arising out of a transaction primarily for personal, family, or household purposes (iv) allegedly due American Express (v) sent on or after

a date one year prior to the filing of this action through the date of certification (vi) which letters were not returned undelivered by the United States Postal Service.

Plaintiff alleges on information and belief based on Defendant's use of a form letter that the class is so numerous that joinder of all members is impractical. On information and belief there are more than forty (40) class members.

There are questions of law and fact common to the class, which common questions predominate over any issues involving only individual class members. The principal question of fact is whether Defendant sent a letter in the form of <u>Exhibit A</u> which was not returned. The principal question of law is whether Defendant's letter in the form of Exhibit A violates 15 USC §§1692e and/or 1692g.

Plaintiff's claims are typical of the class members. All are based on the same facts and legal theories.

Plaintiff will fairly and adequately represent the interests of the class members. Plaintiff has retained counsel experienced in class actions and debt collection abuse cases.

Certification of a class under Rule 23(b)(2) of the Federal Rules of Civil Procedure is appropriate in that defendants have acted on grounds generally applicable to the class thereby making appropriate declaratory relief with respect to the class as a whole.

Certification of the class under Rule 23(b)(3) of the Federal Rules of Civil Procedure is also appropriate in that:

    a.    The questions of law or fact common to the members of the classes predominate over any questions affecting an individual member.

    b    A class action is superior to other available methods for the fair and efficient adjudication of the controversy.

Plaintiff requests certification of a hybrid class combining Rule 23(b)(2) for equitable relief with Rule 23(b)(3) for monetary damages.

//

//

---

CLASS ACTION COMPLAINT: COMPLAINT FOR VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

4

## VI. CLAIM FOR RELIEF FOR VIOLATION OF THE FDCPA

Plaintiff incorporates the foregoing paragraphs.

Defendant by mailing or causing to be mailed letters in the form of Exhibit A violated 15 U.S.C. §1692e by the false, deceptive and misleading representation of Mr. Martignetti's rights pursuant to 15 U.S.C. § 1692g(a).

Defendant by mailing or causing to be mailed letters in the form of Exhibit A violated 15 U.S.C. §1692g(a) by failing to provide the validation notice required by the FDCPA.

WHEREFORE, Plaintiff Gene Martignetti requests that the Court enter judgment in favor of himself and the class he seeks to represent against Defendant Robert L. Bachman for:

A. Certification for this matter to proceed as a class action;
B. Declaratory judgment that Exhibit A violates the FDCPA;
C. Statutory damages pursuant to 15 U.S.C. §1692k(a);
D. Attorneys' fees, litigation expenses and cost of suit; and
E. Such other or further relief the Court deems proper.

Date: 1-22-10

Amy Kleinpeter
Clark Kleinpeter Law
630 E. Main Street, Suite 67
Alhambra, California 91801
626.507.8090
(f) 626.737.6030
amyck1@gmail.com

O. Randolph Bragg
HORWITZ, HORWITZ & ASSOC.
25 E. Washington St, Suite 900
Chicago, Illinois 60602
(312) 372-8822
rand@horwitzlaw.com

Attorneys for Plaintiff

# EXHIBIT A

LAW OFFICES OF
# ROBERT L. BACHMAN

**CALIFORNIA OFFICE**
THE ATRIUM
19100 VON KARMAN AVENUE, SUITE 380
IRVINE, CALIFORNIA 92612
TELEPHONE: (949) 955-0221
FAX: (949) 955-0324

REPLY TO:

__X__ CALIFORNIA OFFICE
_____ NEVADA OFFICE

**NEVADA OFFICE**
3431 EAST SUNSET ROAD
BUILDING C, SUITE 12
LAS VEGAS, NEVADA 89120
TELEPHONE: (702) 456-9347
FAX: (702) 456-8346

January 27, 2009

**VIA U.S. MAIL & CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Gene Martignetti aka
Gene A. Martignetti, an Individual
73 Parkcrest
Newport Coast, CA 92657

RE:   **American Express Account No.: 3713-214871-54008 (Blue Cash)**
      **Our File No.: 2516-602**

Dear Sir/Madam:

We are outside litigation counsel to American Express and we are contacting you with regard to the unpaid balance on the above referenced account (hereinafter the "Account"). Your current balance is $27,903.33.

Subject to your right to dispute and receive verification of the debt as described below, if the Account balance remains unpaid following the expiration of the 10 day period referred to below, it is our intention to commence legal action against you on behalf of American Express to recover the balance due with respect to the Account. Payments may be sent to our office payable to American Express. I can be reached at (800) 540-5436 if you have questions, and if you are represented by counsel, your attorney may contact me.

**This is an attempt to collect a debt and any information obtained from you will be used for that purpose. Unless you dispute the validity of the debt, or any portion thereof, within ten (10) days from your receipt of this letter, the debt will be assumed to be valid by us.**

**If you notify the undersigned in writing within ten (10) days from your receipt of this letter that the debt or any portion of it is disputed, we will obtain verification of the debt or of a judgment against you, and a copy of such verification or judgment will be mailed to you. Upon your written request within ten (10) days from your receipt of this letter, we will provide you with the name and address of the original creditor, if different from the current creditor.**

Thank you.

Very truly yours,

ROBERT L. BACHMAN, ESQ.
RLB/ss

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

\\Rlbman\Letters\LETTERS (from back computer)\2516\2516-602 gm.wpd

Name & Address: Amy Kleinpeter #223491
CLARK KLEINPETER LAW
630 E. Main Street, Suite 67
Alhambra, California 91801
626.507.8090
(f) 626.737.6030     amyck1@gmail.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| GENE MARTIGNETTI, on behalf of himself and all others similarly situated | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | **CV10-00548** -DMG (HWx) |
| ROBERT L. BACHMAN | SUMMONS |
| DEFENDANT(S). | |

TO: DEFENDANT(S): ROBERT L. BACHMAN

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Amy Clark Kleinpeter__, whose address is __630 E Main St. #67 Alhambra CA 91801__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: __26 JAN 2010__      Clerk, U.S. District Court

By: _____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                    SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Gene Martignetti and others similarly situated

**DEFENDANTS**
Robert L. Bachman

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Amy Clark Kleinpeter #223491
Clark Kleinpeter Law; 630 E. Main St. #67; Alhambra CA 91801
ph: 626-507-8090 f: 626-737-6030    SEE ATTACHMENT FOR MORE

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☒1 | Incorporated or Principal Place of Business in this State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☒ Yes ☐ No    ☐ **MONEY DEMANDED IN COMPLAINT:** $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Violation of FDCPA

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☒ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: **CV10-00548**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)    CIVIL COVER SHEET    Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

VIII(a). IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

VIII(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date 1/22/2010

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

ATTACHMENT TO CIVIL COVER SHEET
*Martignetti v. Bachman*

1.(b)  Plaintiff's Attorneys

O. Randolph Bragg
HORWITZ, HORWITZ & ASSOC.
25 E. Washington St, Suite 900
Chicago, Illinois 60602
(312) 372-8822
(312) 372-1673 (Fax)