| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| CLARK KLEINPETER LAW<br>630 E. Main St. #67<br>Alhambra CA 91801<br>Phone: 626-507-8090<br>ATTORNEYS FOR: Gene Martignetti | FILED<br><br>10 JAN 26 PM 12:44<br><br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br><br>BY: |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| GENE MARTIGNETTI and others similarly situated<br><br>v.          Plaintiff(s).<br><br>ROBERT L. BACHMAN<br><br>Defendant(s) | CASE NUMBER<br><br>CV10-00548 -DMG (ANx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Gene Martignetti
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Gene Martignetti | Party |
| Robert L. Bachman | Party |

January 25, 2010
Date

Sign

AMY CLARK KLEINPETER
Attorney of record for or party appearing in pro per

CV-30 (12/03)                NOTICE OF INTERESTED PARTIES                CCDCV30