UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 10-548-DMG(ANx)** | Date | FEBRUARY 16, 2010 |

| | |
|---|---|
| Title | *Gene Martignetti v Robert L. Bachman* |

Present: The Honorable   DOLLY M. GEE, U. S. DISTRICT COURT JUDGE

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)   ORDER AND NOTICE TO ALL PARTIES

The court's records reflect that counsel for plaintiff, **Mr. O. Randolph Bragg** has not submitted the required Application for Admission and fee or proof of admission.

IT IS ORDERED that the matter is placed on this Court's calendar for *March 22, 2010 at 9:30 a.m.*, for an order to show cause why counsel should not be stricken as counsel of record.

If counsel files the application/response on or before the hearing date indicated above, the court will consider this a satisfactory response to the Order To Show Cause and will take the matter off calendar.

cc: all parties of record

CV-90 (12/02)   **CIVIL MINUTES - GENERAL**   Initials of Deputy Clerk YS