O. Randolph Bragg
Horwitz, Horwitz & Associates
25 E. Washington St., Ste 900
Chicago, IL 60602
(312) 372-8822 Phone
(312) 372-1673 Fax

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE MARTIGNETTI,<br><br>                              Plaintiff(s)<br>v.<br>ROBERT L. BACHMAN<br><br>                              Defendant(s). | CASE NUMBER CV10-00548<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT<br>ATTORNEY TO APPEAR IN A SPECIFIC<br>CASE [7] |

The Court, having reviewed the accompanying Application of O. Randolph Bragg, of Horwitz, Horwitz & Associates, 25 E Washington St., Ste 900, Chicago, IL 60602.

__312-372-8822__                                                    __rand@horwitzlaw.com__
*Telephone Number*                                                              *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   X  Plaintiff   ☐ Defendant

__Gene Martignetti__           and the designation of Amy Kleinpeter
*Local Counsel Designee /State Bar Number*

of 630 E. Main Street, Ste 67, Alhambra, CA 91801
*Local Counsel Firm / Address*

__626-507-8090__                                                    __amyck1@gmail.com__
*Telephone Number*                                                              *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

X  GRANTED

☐ DENIED.  Fee, if paid, shall be returned by the Clerk.

Dated:  February 23, 2010

*(signature)*
Dolly M. Gee
United States District Judge