UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 10-00548 DMG (ANx) | Date | November 14, 2011 |
| Title | *Gene Martignetti v. Robert L. Bachman* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER PERMITTING SUR-REPLY**

    At the November 14, 2011 hearing on Plaintiff's motion for class certification [Doc. # 52], Defendant pointed out that Plaintiff raised the issue of expanding the class to include out-of-state individuals for the first time in his reply. If Defendant wishes to respond to Plaintiff's request to expand the class definition in a sur-reply, he may do so on or before **November 18, 2011**, following which date this matter shall stand submitted.

**IT IS SO ORDERED.**