Edwin A. Oster (072169), eoster@bargerwolen.com
Jenny H. Wang (191643), jwang@bargerwolen.com
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, CA 92612
Tel: (949) 757-2800 / Fax: (949) 752-6313

Attorneys for Defendant
Robert L. Bachman

Amy E. Kleinpeter (223491), amyck1@gmail.com
CLARK KLEINPETER LAW
14431 Ventura Blvd. #750
Sherman Oaks, CA 91423
Tel: (626) 507-8090 / Fax: (626) 737-6030630

O. Randolph Bragg, rand@horwitzlaw.com
HORWITZ, HORWITZ & ASSOC.
25 East Washington Street, Suite 900
Chicago, IL 60602
Tel: (312) 372-8822 / Fax: (312) 372-1673

Counsel for Plaintiff
Gene Martignetti

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE MARTIGNETTI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT L. BACHMAN,<br><br>Defendant. | Case No.: 2:10-cv-00548-DMG-AN<br><br>Pre-Trial:       05/29/12<br>Trial:             06/26/12<br>Action Filed: 01/26/09<br><br>**JOINT REPORT RE: RESULTS OF EARLY MEDIATION** |

Pursuant to the Court's Minute Order dated August 26, 2011 (Docket #49), Plaintiff Gene Martignetti and Defendant Robert L. Bachman (collectively, the "Parties") hereby submit this Joint Report.

The parties previously stipulated to settlement procedure no. 1 under this Court's Civil Local Rule 16-15.3 (appearance before the Magistrate Judge assigned to this case for such settlement proceedings as the Magistrate Judge may conduct or direct). (Docket #30) Thereafter, this Court set a May 1, 2012 settlement conference completion date. (Docket #49). While the parties have not yet engaged in the settlement conference, their counsel have formally requested a March 8, 2012 settlement conference with Magistrate Nakazato. In addition, the parties anticipate informally engaging in settlement discussions before then in an effort to resolve this case.

Respectfully executed and submitted this 15th day of December 2011.

CLARK KLEINPETER LAW and
HORWITZ, HORWITZ & ASSOCIATES

By: /s/ Amy E. Kleinpeter
　　AMY E. KLEINPETER
　　O. RANDOLPH BRAGG
　　Attorneys for Plaintiff
　　Gene Martignetti

BARGER & WOLEN LLP

By: /s/ Jenny H. Wang
　　EDWIN A. OSTER
　　JENNY H. WANG
　　Attorneys for Defendant
　　Robert L. Bachman

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Blvd., Suite 800, Irvine, CA 92612. Email address: grubio@bargerwolen.com.

**I HEREBY CERTIFY** that on **December 15, 2011**, I electronically filed the foregoing **JOINT REPORT RE: RESULTS OF EARLY MEDIATION REPORT** with the Clerk's Office using the CM/ECF System which provides for the transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

| | |
|---|---|
| Amy Kleinpeter, Esq.<br>CLARK KLEINPETER LAW<br>14431 Ventura Blvd. #750<br>Sherman Oaks, CA 91423<br>Tel: (626) 507-8090<br>Fax: (626) 737-6030<br>email: amyck1@gmail.com<br><br>Counsel for Plaintiff<br>Gene Martignetti<br>☒ Registered participant of ECF. | O. Randolph Bragg, Esq.<br>HORWITZ, HORWITZ & ASSOC.<br>25 East Washington Street, Suite 900<br>Chicago, IL 60602<br>Tel: (312) 372-8822<br>Fax: (312) 372-1673<br>email: rand@horwitzlaw.com<br><br>Counsel for Plaintiff<br>Gene Martignetti<br>☒ Registered participant of ECF. |

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct. Executed at Irvine, California on **December 15, 2011.**

NAME:  Gabriela Rubio        */S/ Gabriela Rubio*
                              Signature

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800