Edwin A. Oster (072169), eoster@bargerwolen.com
Jenny H. Wang (191643), jwang@bargerwolen.com
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, CA 92612
Telephone: (949) 757-2800
Facsimile: (949) 752-6313

Attorneys for Defendant
Robert L. Bachman

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE MARTIGNETTI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT L. BACHMAN,<br><br>Defendant. | Case No.: 2:10-cv-00548-DMG-AN<br><br>Pre-Trial : 05/29/12<br>Trial: 06/26/12<br>Action Filed: 01/26/09<br><br>**NOTICE OF SETTLEMENT CONFERENCE**<br><br>Date: March 8, 2012<br>Time: 1:30 p.m.<br>Ctrm.: 6B |

1  PLEASE TAKE NOTICE that the above-referenced matter has been scheduled
2  for a Settlement Conference before the Honorable Magistrate Judge Arthur Nakazato
3  on **March 8, 2012** at **1:30 p.m.** in Courtroom 6B of the United States District Court
4  located at 411 West Fourth Street, Santa Ana, CA 92701.

6  DATED:  December 20, 2011            BARGER & WOLEN LLP

                                        By: */s/ Jenny H. Wang*
                                            EDWIN A. OSTER
                                            JENNY H. WANG
                                            Attorneys for Defendant
                                            Robert L. Bachman

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Blvd., Suite 800, Irvine, CA 92612. Email address: grubio@bargerwolen.com.

**I HEREBY CERTIFY** that on **December 20, 2011**, I electronically filed the foregoing **NOTICE OF SETTLEMENT CONFERENCE** with the Clerk's Office using the CM/ECF System which provides for the transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

| | |
|---|---|
| Amy Kleinpeter, Esq.<br>CLARK KLEINPETER LAW<br>14431 Ventura Blvd. #750<br>Sherman Oaks, CA  91423<br>Tel:  (626) 507-8090<br>Fax:  (626) 737-6030<br>email: amyck1@gmail.com<br><br>Counsel for Plaintiff<br>Gene Martignetti | O. Randolph Bragg, Esq.<br>HORWITZ, HORWITZ & ASSOC.<br>25 East Washington Street, Suite 900<br>Chicago, IL  60602<br>Tel:  (312) 372-8822<br>Fax:  (312) 372-1673<br>email: rand@horwitzlaw.com<br><br>Counsel for Plaintiff<br>Gene Martignetti |

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct. Executed at Irvine, California on **December 20, 2011.**

NAME:  Gabriela Rubio     */s/ Gabriela Rubio*
                                            An Employee of BARGER & WOLEN LLP